**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Southern District of Florida

Case number (*If known*): _____   Chapter you are filing under:
- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Bernd Wollschlaeger, MD, P.A. |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names, and *doing business as* names | Aventura Family Health Center |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 65-0731167 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 909 North Miami Beach Boulevard | |
| Number     Street | Number     Street |
| Suite 403 | |
| | P.O. Box |
| North Miami Beach     FL     33162 | |
| City                        State     ZIP Code | City                        State     ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Miami-Dade County | |
| County | Number     Street |
| | |
| | City                        State     ZIP Code |

5. **Debtor's website** (URL)    _____

6. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page 1

Debtor **Bernd Wollschlaeger, MD, P.A.**  Case number *(if known)* _____
Name

**7. Describe debtor's business**

A. *Check one:*

☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .
62_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check **all** that apply*:

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes.  District _____ When _____ Case number _____
                                    MM / DD / YYYY
           District _____ When _____ Case number _____
                                    MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes.  Debtor _____ Relationship _____
           District _____ When _____
                                    MM / DD / YYYY
           Case number, if known _____

Debtor   Bernd Wollschlaeger, MD, P.A.     Case number (*if known*)_____
         _____
         Name

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?** _____<br>   Number    Street<br>_____<br>_____<br>City                                                          State      ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>   Contact name _____<br>   Phone _____ |

| | **Statistical and administrative information** |
|---|---|

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14.** | **Estimated number of creditors** | ☑ 1-49         ☐ 1,000-5,000       ☐ 25,001-50,000<br>☐ 50-99        ☐ 5,001-10,000      ☐ 50,001-100,000<br>☐ 100-199      ☐ 10,001-25,000     ☐ More than 100,000<br>☐ 200-999 |
| **15.** | **Estimated assets** | ☑ $0-$50,000              ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000        ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000       ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million     ☐ $100,000,001-$500 million    ☐ More than $50 billion |

| Debtor | Bernd Wollschlaeger, MD, P.A. | Case number (*if known*) |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☑ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/24/2023
              MM / DD / YYYY

✗ /s/ Dr. Bernd Wollschlaeger                    Dr. Bernd Wollschlaeger
Signature of authorized representative of debtor   Printed name

Title  President/CEO

**18. Signature of attorney**

✗ /s/ Jeffrey Berlowitz                           Date  03/24/2023
Signature of attorney for debtor                        MM / DD / YYYY

Jeffrey Berlowitz
Printed name

Jeffrey S. Berlowitz, P.A.
Firm name

169 E. Flagler Street 700
Number      Street

Miami                                FL         33131
City                                 State      ZIP Code

305-205-6660                         jsb@jberllaw.com
Contact phone                        Email address

963739                               FL
Bar number                           State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

**ADT Security Services**
3190 South Vaughn Way
Aurora, CO 80014


**American Express**
PO Box 6031
Carol Stream, IL 60197-6031


**Bankers Healthcare Group**
10234 W. State Road 84
Davie, FL 33324


**Barclay Credit Card**
PO Box 13337
Philadelphia, PA 19191-3337


**Capital One Business**
PO Box 60519
City Of Industry, CA 91716


**Capital Spark Business Card**
PO Box 60519
City Of Industry, CA 91716-0519


**CHTD Company**
PO Box 2576
Springfield, IL 62708


**Comcast Business**
141 NW 16th Street
Pompano Beach, FL 33060


**CT Corporation System**
330 N. Brand Boulevard
Suite 700
Glendale, CA 91203


**Dell Business Credit**
Payment Processing Center
PO Box 5275
Carol Stream, IL 60197


**Deluxe Office Supplies**
PO Box 419059
Rancho Cordova, CA 95741-9059


**Finlay Clinical Lab**
330 SW 27th Avenue
Miami, FL 33135

**First Savings Credit Card**
PO Box 5019
Sioux Falls, SD 57117-5019


**Forward Financing LLC**
53 State Street
20th Floor
Boston, MA 02109


**FPL**
General Mail Facility
Miami, FL 33188


**Golomb Schwartz & Cove PA**
2645 Executive Drive
Fort Lauderdale, FL 33331


**Imperial Advance**
c/o RAB Inc.
PO Box 2209
Addison, TX 75001


**IMS Fund LLC**
247 W. 36th Street
New York, NY 10018


**King Moving & Delivery**
5758 Johnson Street
Hollywood, FL 33021


**Laboratory Corporation of America**
c/o Johnson Legal Network, PLLC
535 Wellington Way, Suite 380
Lexington, KY 40503


**Miami-Dade Fire Rescue**
PO Box 947330
Atlanta, GA 30394-7330


**One Main Financial**
502 N. University Drive
Hollywood, FL 33024


**Premier Bankcard, LLC**
3820 N. Louise Ave.
Sioux Falls, SD 57107


**Quest Diagnostics Clinical Laboratories, Inc.**
c/o Lanak & Hanna, P.C.
625 The City Drive S., Suite 190
Orange, CA 92868

Realtime Digital Imaging
1941 N. 66th Avenue
Hollywood, FL 33024


Sanofi Pasteur Inc.
c/o Amato & Keating, P.C.
107 North Commerce Way, Suite 100
Bethlehem, PA 18017


Terminix Commercial
PO Box 802155
Chicago, IL 60680


The Home Depot
Dept. 32-2130373677
PO Box
Philadelphia, PA 19176


Trilogy Medwaste Southeast LLC
8554 Katy Freeway
Suite 200
Houston, TX 77024


Truist Bank
c/o MRS BPO, LLC
1930 Olney Avenue
Cherry Hill, NJ 08003

United States Bankruptcy Court
Southern District of Florida

In re: Bernd Wollschlaeger, MD, P.A.　　　　　　　　　　Case No.

　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter   7

　　　　　　　Debtor(s)

## Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  03/24/2023　　　　　　　　　　/s/ Dr. Bernd Wollschlaeger
　　　　　　　　　　　　　　　　　　Signature of Individual signing on behalf of debtor

　　　　　　　　　　　　　　　　　　President/CEO
　　　　　　　　　　　　　　　　　　Position or relationship to debtor